**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| VS. | ) | CR. NO. 1:17-10103-STA |
| | ) | |
| SCOTTY EDWARDS, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER ON CHANGE OF PLEA**
**AND NOTICE OF SETTING**

This cause came to be heard on March 18, 2019, Assistant United States Attorney, Hillary Parham, appearing for the Government and the defendant, Scotty Edwards, appearing in person, and with counsel, Jennifer Free.

With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty to Counts 3, 4, 11, 12 of the Superseding Indictment.

A basis in fact having been established, the Court accepted the guilty plea.

**SENTENCING** in this case is **SET** for **TUESDAY, JUNE 25, 2019 at 10:00 A.M., before Chief S. Thomas Anderson.**

Defendant is remanded to the custody of the United States Marshals.

**ENTERED** this the 18th day of March, 2019.

s/ S. Thomas Anderson
CHIEF JUDGE, U. S. DISTRICT COURT